

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00306-CV

| | | |
|---|---|---|
| Carolyn Butler | § | From the 96th District Court of |
| | § | Tarrant County (096-264057-13) |
| v. | § | October 17, 2013 |
| David Whitten, M.D., Jon Beazley, M.D., and Joseph Delprincipe, M.D. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM